People v Sanchez (2024 NY Slip Op 06063)

People v Sanchez

2024 NY Slip Op 06063

Decided on December 4, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 4, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
JOSEPH J. MALTESE
DEBORAH A. DOWLING
HELEN VOUTSINAS, JJ.

2019-14081
 (Ind. No. 1791/18)

[*1]The People of the State of New York, respondent,
v
Pedro Melgarejo Sanchez, appellant.

Patricia Pazner, New York, NY (Elijah Giuliano and Tammy Linn of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle S. Fenn of counsel; Lorrie A. Zinno on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Gene Lopez, J.), imposed November 19, 2019, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, he knowingly, voluntarily, and intelligently waived his right to appeal. Although the written waiver of the right to appeal included incorrect statements of the applicable law, the record demonstrates that, under the totality of the circumstances, including the Supreme Court's oral colloquy, the defendant's consultation with counsel, and the defendant's age and experience, the defendant had a full appreciation of the terms and consequences of the appeal waiver (see People v Reyes-Guzman, 222 AD3d 887; People v Stacker, 206 AD3d 766, 766). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lawrence, 184 AD3d 587, 587).
DUFFY, J.P., MALTESE, DOWLING and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court